IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:12CR272** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JESSICA ALAMINA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of defendant Jessica Alamina (Alamina) for a continuance of the trial now scheduled for December 3, 2012. Alamina was represented by James Martin Davis and the United States was represented by Assistant U.S. Attorney John E. Higgins. The motion was made during a hearing on November 14, 2012. The government had no objection to the motion. Alamina acknowledged the additional time needed for her motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. The motion for a continuance of trial is granted.

2. Trial of this matter shall commence before Judge Joseph F. Bataillon and a jury **at 8:30 a.m. on February 4, 2013**, in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from November 14, 2012, through February 4, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of November, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge