UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JESSICA ALAMINA,<br><br>                    Defendant. | 8:12CR272<br><br>FINAL ORDER OF FORFEITURE |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 61). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On May 20, 2013, the Court entered a Preliminary Order of Forfeiture (Filing No. 49) pursuant to the provisions of Title 18, United States Code, Section 2421, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States:

   a. $580 in United States currency;

   b. Kodak 14 megapixel Camera S/N KCGNH03404322;

   c. Samsung Virgin Mobile Model SPH-m930 DEC 268435460102938773;

   d. Samsung Boost Mobile Model SPH-m930 DEC 268435460701855390;

   e. Samsung Boost Mobile Model SPH-m930 DEC 268435460701964905;

   f. Sandisk Thumb Drive Cruzer 8GB splz36Z-d08g / BL1106 XAJB;

      g.      Samsung Model SGH-T839 S/N RZCB437562H;

      h.      Verizon LG Model LG-VN15OPP   S/N 112CYBD0562173;

      i.      Apple I phone 8GB FCC # 8CGA1241;

      j.      Sony Vaio Laptop S/N 275288343002748;

      k.      Apple Ipad 16GB S/N GB104VRIA90.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 22, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 9, 2013 (Filing No. 60).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties, held by any person or entity, are hereby forever barred and foreclosed:

      1.      $580 in United States currency;

      2.      Kodak 14 megapixel Camera S/N KCGNH03404322;

      3.      Samsung Virgin Mobile Model SPH-m930 DEC 268435460102938773;

      4.      Samsung Boost Mobile Model SPH-m930 DEC 268435460701855390;

  5. Samsung Boost Mobile Model SPH-m930 DEC 268435460701964905;

  6. Sandisk Thumb Drive Cruzer 8GB splz36Z-d08g / BL1106 XAJB;

  7. Samsung Model SGH-T839 S/N RZCB437562H;

  8. Verizon LG Model LG-VN15OPP   S/N 112CYBD0562173;

  9. Apple I phone 8GB FCC # 8CGA1241;

  10. Sony Vaio Laptop S/N 275288343002748;

  11. Apple Ipad 16GB S/N GB104VRIA90.

C. The aforementioned properties described above, be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 12th day of August, 2013.

          **BY THE COURT:**

          **s/ Joseph F. Bataillon**
          **United States District Court**